## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARYANNE MCCAULEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:22-cv-01274-MTS |
| TKG ST. PETERS SHOPPING CENTER, LLC, | ) ) ) ) |
| Defendant. | ) ) |

### MEMORANDUM AND ORDER

This case is before the Court on review of the file. Plaintiff has not filed proof of service of Defendant TKG St. Peters Shopping Center, LLC. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after a complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Since service to Defendant TKG St. Peters Shopping Center, LLC has not been completed, the Court will order that service be made within a specified time.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Thursday, March 09, 2023**, Plaintiffs must serve Defendant and file proof of such service. The failure to file proof of service of Defendant by **Thursday, March 09, 2023**, will result in dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 28th day of February 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE